Michael J. McCue
Nevada Bar No. 6055
Jonathan W. Fountain
Nevada Bar No. 10351
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: jfountain@lrrc.com

Christopher J. Renk
Will comply with LR IA 11-2 within 36 days
Erik S. Maurer
Will comply with LR IA 11-2 within 36 days
Michael J. Harris
Will comply with LR IA 11-2 within 36 days
Kurt C. Riester
Will comply with LR IA 11-2 within 45 days
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
E-mail: crenk@bannerwitcoff.com
E-mail: emaurer@bannerwitcoff.com
E-mail: mharris@bannerwitcoff.com
E-mail: kriester@bannerwitcoff.com

*Attorneys for Plaintiff, NIKE, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NIKE, INC., | |
| Plaintiff, | Case No. 2:17-cv-00516-GMN-GWF |
| v. | |
| FUJIAN JIALAIMENG SHOES CO., LTD | **PRELIMINARY INJUNCTION** |
| and | |
| DAEAST-ASIA (FUJIAN) SPORTS PRODUCTION CO., LTD., | |
| Defendants. | |

On February 22, 2017, Plaintiff NIKE, Inc. moved *ex parte* for a Temporary Restraining Order, Seizure Order, and an Order for Preliminary Injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Lanham Act Section 34 (15 U.S.C. § 1116), the Patent Act, 35

U.S.C. § 283, and Local Rule 7-4. (ECF Nos. 3, 4). NIKE alleged that Defendants Fujian Jialaimeng Shoes Co., Ltd. and Daeast-Asia (Fujian) Sports Production Co., Ltd. (collectively, hereafter "Jialaimeng") have made, imported into the United States, sold, offered to sell, distributed, promoted, and/or advertised at the WSA@Magic ("WSA") trade show in Las Vegas, Nevada, numerous shoes that infringe U.S. Patent Nos. D659,967; D666,404; D666,405; D666,406; D683,119; D711,081; D723,772; and D725,356 (the "NIKE PI Design Patents") and/or the trademarks represented in U.S Trademark Registration Nos. 977,190; 1,323,342; and 1,323,343 (the "NIKE PI Trademarks").

On February 22, 2017, the Court granted NIKE's Motion for Entry of a Temporary Restraining Order and Seizure Order. (ECF No. 10). Thereafter, NIKE deposited $25,000 with the Court as security for the injunction (ECF No. 13); caused the Complaint, motion papers, and the Court's Order to be personally served on Jialaimeng's Vice President of Business at its booth at the WSA show; and seized evidence of infringements from Jialaimeng's booth at the WSA show. (ECF No. 14). In addition to shoes, the seized evidence includes items in which Jialaimeng documented its importation, distribution, and offers to sell shoes, such as a laptop, multiple iPhones, an iPad, and multiple spiral notebooks. (ECF No. 14).

The Court directed Jialaimeng to file and serve an opposition to NIKE's motion for a preliminary injunction by February 28, 2017, and to appear for a preliminary injunction hearing on March 3, 2017. (ECF No. 10). Jialaimeng did not file or serve an opposition.

The Court, having duly considered NIKE's arguments, as well as NIKE's Complaint, NIKE's Emergency Motion for *Ex Parte* Temporary Restraining Order, Seizure Order, and Preliminary Injunction, the declaration and exhibits submitted therewith, NIKE's reply brief in support of its motion, and Jialaimeng's failure to file an opposition, hereby makes the following findings and conclusions:

1. NIKE is likely to succeed on the merits of its patent and trademark infringement claims. NIKE is likely to succeed in showing that the NIKE PI Design Patents and NIKE PI Trademarks are owned by NIKE, are valid, and are enforceable, and that Jialaimeng has imported into the United States, sold, offered to sell, distributed, promoted, and/or advertised

shoes bearing designs that infringe the NIKE PI Design Patents and NIKE PI Trademarks (the "PI Infringements"). The NIKE PI Design Patents are presumed valid, 35 U.S.C. § 282, and the NIKE PI Trademarks have achieved incontestable status. 15 U.S.C. § 1065.

2. Jialaimeng has not regularly or consistently identified its PI Infringements with distinguishing model numbers. Nevertheless, at WSA, Jialaimeng used at least the following model numbers for its PI Infringements: 605244, 605272, 605126, 605184, 60592, and 605397.

3. Jialaimeng is a China-based manufacturer of footwear products that, with the exception of its temporary presence in Las Vegas during the biannual WSA show, does not have a regular place of business or assets in the United States. Further, over the past year, Jialaimeng has established a pattern of importing into the U.S., promoting, selling, and/or offering to sell infringing shoe designs at the WSA show, ignoring NIKE's cease and desist communications, and then promptly leaving the United States.

4. Absent a preliminary injunction pending trial on the merits, Jialaimeng's manufacture, use, sales, offers to sell, and/or importation into the United States of PI Infringements is likely to result in immediate and irreparable injury to NIKE in the form of loss of control over its valuable intellectual property rights, loss of consumer goodwill, and interference with NIKE's ability to exploit the NIKE PI Design Patents and NIKE PI Trademarks. *See, e.g., NIKE, Inc. v. Fujian Bestwinn (China) Industry Co.*, No. 2:16-CV-00311-APG, ECF No. 21 (D. Nev. Feb. 29. 2016); *NIKE, Inc. v. QiLoo Int'l Ltd.*, No. 2:12–CV–00191–GMN, ECF No. 29 (D. Nev. Mar. 22, 2012); *NIKE, Inc. v. Meitac Int'l*, No. 2:06-CV-00934-PMP-PA, 2006 WL 3883278 (D. Nev. Oct. 11, 2006). In addition, because Jialaimeng has no presence in the United States, NIKE is likely to suffer irreparable harm because it may be difficult or impossible for it to recover a money judgment against Jialaimeng. *Id.*

5. The harm to NIKE in denying a preliminary injunction outweighs the harm to the legitimate interests of Jialaimeng from granting such relief. Here, Jialaimeng's pattern of entering the United States for purposes of selling its PI Infringements for a period of just a few days once every six months has hamstrung NIKE's ability to effectively enforce its patent rights. *Bestwinn*, No. 2:16-CV-00311-APG, at ECF No. 21; *QiLoo*, No. 2:12–CV–00191–GMN, at ECF

No. 29; *Meitac*, 2006 WL 3883278, at *3 (if defendant is not enjoined, "Nike will be severely handicapped in its ability to prevent further importation of infringing products, thereby destroying any potential of preserving the status quo pending a resolution of this case on its merits"). On the other hand, Jialaimeng has many non-infringing footwear designs it could sell instead of the PI Infringements. In view of the foregoing facts, Jialaimeng took a calculated risk by returning to the United States to continue selling its PI Infringements and the balance of harms tips in NIKE's favor.

6. The public interest weighs in favor of granting NIKE a preliminary injunction because this relief will promote an intellectual property system where rights can be effectively enforced and will protect the public from consumer confusion. *Bestwinn*, No. 2:16-CV-00311-APG, at ECF No. 21; *QiLoo*, No. 2:12–CV–00191–GMN, at ECF No. 29; *Meitac*, 2006 WL 3883278, at *3. Any other result – particularly in view of Jialaimeng's failure to oppose this motion – would undermine the public's interest in NIKE's continued incentives to create and invest in the manufacture of ornamental footwear designs.

7. In view of the $25,000 security deposit posted by NIKE, the Court finds that no additional security is required.

## **PRELIMINARY INJUNCTION**

**IT IS THEREFORE ORDERED** that Jialaimeng and its officers, agents, servants, employees, and attorneys; and all other persons acting in active concert or participation with any of them, are hereby preliminarily enjoined from making, using, selling, offering to sell, and/or importing into the United States any and all products bearing the designs, and colorable imitations thereof, shown in NIKE's United States Design Patent Nos. D659,967; D666,404; D666,405; D666,406; D683,119; D711,081; D723,772; and D725,356. Jialaimeng is further preliminarily enjoined from using in commerce any reproduction, counterfeit, copy, or colorable imitation of the trademarks shown in NIKE's United States Trademark Registration Nos. 977,190; 1,323,342; and 1,323,343, including selling, offering for sale, distributing, promoting, or advertising goods or services in connection with the NIKE PI Trademarks or colorable imitations thereof; and transferring, moving, returning, destroying, or otherwise disposing of any

PI Infringements except pursuant to an order of this Court.

Illustrative examples of Jialaimeng's infringing shoes bearing model numbers 605244, 605272, 605126, 605184, 60592, and 605397 are shown in Appendix 1 to this Order. The scope of this injunction applies to all products bearing the designs of the design patents and trademarks listed above, including colorable imitations thereof, regardless of any model number associated with the product, or any variations in color, materials, or construction methods.

NIKE shall forthwith serve this Order upon Jialaimeng by email to jlm2005@jlmshoes.com; myronho@vip.163.com; sales22@wanleeshoes.com; jlm2008@jlmshoes.com; jlm2000@jlmshoes.com; and master@jlmshoes.com. Jialaimeng is hereby given further notice that it shall be deemed to have actual notice of the issuance and terms of this preliminary injunction and that any act by it in violation of any of the terms hereof may be considered and prosecuted as contempt of this Court.

**SIGNED AND ENTERED** this ___3___ day of ___March___, 2017 at ___9:18 AM___.

_____
Gloria M. Navarro
United States District Judge

| Representative Images | Model No. |
|---|---|
| (shoe image) | Model No. 605397 |
| (shoe image) | |
| (shoe image) | |
| (shoe image) | Model No. 605184 |

| Representative Images | Model No. |
|---|---|
|  | Model No. 605126 |
|  | Model No.: Unknown |

| Representative Images | Model No. |
|---|---|
| (photos of red/blue shoe and sole) | Model No.: 605272 |
| (photos of red/black shoe and sole) | Model No.: 605272 |



| Representative Images | Model No. |
|---|---|
|  | Model No.: 605244 |
|  | Model No.: 605244 |

| Representative Images | Model No. |
|---|---|
| | Model No.: 605244 |
| | Model No.: 60592 |

| Representative Images | Model No. |
|---|---|
| (shoe images) | Model No.: 60592 |
| (shoe images) | Model No.: 60592 |